UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AHMED IBRAHIM BAZZI,

    Petitioner,

v.                                              Case No. 2:05-cv-27
                                                   HON. GORDON J. QUIST

ROBIN BAKER,

    Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (Docket #8) is approved and adopted as the opinion of the Court.

2.    The petition for habeas corpus relief is denied.

Dated: November 18, 2005                            /s/ Gordon J. Quist
                                                                        GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE